Civil Records

**LOUIS J. PERRET**
**CLERK OF COURT, PARISH OF LAFAYETTE**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone: (337) 291-6303   Fax: (337) 291-6392**

**STATE OF LOUISIANA**                          **OFFICE OF THE CLERK OF COURT**
**PARISH OF LAFAYETTE**                          **15TH JUDICIAL DISTRICT COURT**

I, Brittany Fontenot, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do

hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**CHRIS RAINEY, ET AL**

**VS**                                    **DOCKET NUMBER: C-20244701 B**

**EXACTECH INC**

Consisting of 8 pages. Filings from 07/31/24 to 8/20/24 the original of which documents are on file in the

Lafayette Parish Clerk of Court Office.

Lafayette, Louisiana, this SEPTEMBER 6, 2024.

_____
Brittany Fontenot, Deputy Clerk of Court
Lafayette Parish

Lafayette Parish
Filed Jul 31, 2024 9:00 AM
Kireston Batiste
Deputy Clerk of Court

C-20244701
B

| | | |
|---|---|---|
| **CHRIS RAINEY and JERI RAINEY** | * | **15ᵗʰ JUDICIAL DISTRICT COURT** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** C-20244701 _____ |
| | * | |
| **EXACTECH, INC. and** | * | |
| **ABC INSURANCE COMPANY** | * | **LAFAYETTE PARISH, LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**PETITION FOR DAMAGES**</u>

**NOW INTO COURT**, through undersigned counsel, come petitioners, CHRIS RAINEY and JERI RAINEY, both persons of the full age of majority and domiciled in Lafayette Parish, Louisiana, and who respectfully represents as follows:

1.

Made defendant herein is/are the following:

- EXACTECH, INC., a foreign corporation licensed to do business in, doing business in, and having its registered office and principal business establishment in East Baton Rouge Parish, Louisiana; and

- ABC INSURANCE COMPANY, an insurance company believed to have insured EXACTECH, INC, under a policy of liability insurance for losses such as those at issue herein but whose identify is not currently known.

2.

Jurisdiction and venue are proper in this Court because defendant, EXACTECH, INC. is licensed to do and does business in Louisiana and maintains an agent for service of process in Louisiana, and because the damages to petitioners, CHRIS RAINEY and JERI RAINEY were suffered in Lafayette Parish, Louisiana.

3.

Defendants are truly and justly indebted to Plaintiffs for all general and special damages, together with attorney's fees, legal interest from the date of demand until finally paid, and for all costs of these proceedings, for the following reasons:

4.

Defendant, EXACTECH, INC. designed, manufactured, tested, marketed, distributed, promoted, and/or sold artificial prosthetic equipment designed to be used in conjunction with a knee replacement device. The product is identified by EXACTECH, INC. as a "plastic tibial insert" and

**STAMPED COPY GIVEN**

is designed to fit between the femoral component and the tibial component of the artificial knee and acts as a cushion or cartilage for the replaced knee joint.

5.

In the year 2017, petitioner, CHRIS RAINEY, underwent a left total knee arthroplasty, otherwise known as a total knee replacement, in which he received an EXACTECH, INC. plastic tibial insert, bearing serial number 2668786.

6.

In the year 2023, EXACTECH, INC. issued a recall on their plastic tibial inserts, stating that the one received by CHRIS RAINEY may be affected.

7.

In their notice of recall, EXACTECH, INC. stated:

During a recent review of its knee implant manufacturing process, Exactech learned that one of the packaging layers for the plastic insert has been out-of-specification and may allow oxygen from the air to diffuse into the plastic insert prior to it being implanted in your knee. If a large amount of oxygen diffuses into the plastic insert while its being stored and before it is implanted, this can lead to a process called oxidation, which can cause the plastic to wear out earlier than expected or to become damaged after it is implanted into the patient's body.

8.

In their notice of recall, EXACTECH, INC. further stated:

Exactech has found that the tibial plastic insert in the out-of-specification bag can wear out earlier than expected in some patients. Premature wear of the plastic insert of your knee replacement can lead to the need for additional surgery (also known as revision surgery).

9.

CHRIS RAINEY discovered on 08/15/23, during a routine five-year checkup, that his plastic tibial insert was, in fact, defective and wearing out much earlier than expected and that he would need a knee revision surgery.

10.

On or about 11/06/23, CHRIS RAINEY underwent the knee revision surgery to remove and replace the faulty plastic tibial insert from EXACTECH.

11.

The need for the knee revision surgery was caused in full by EXACTECH, INC. failing to properly design, manufacture, test, produce and/or distribute plastic tibial inserts that were free from defects.

12.

At all times relevant hereto, EXACTECH, INC. was in the business of designing, developing, manufacturing, testing, producing, promoting, marketing, selling and/or distributing medical implants such as this plastic tibial insert. EXACTECH, INC. knew or should have known of the defective nature of its product as set forth herein prior to selling and/or distributing them and prior to its implantation into CHRIS RAINEY's knee.

13.

The plastic tibial insert was unreasonably dangerous in construction or composition because, at the time it left the manufacturer's control, it deviated in a material way from the manufacturer's specifications or performance standards, namely by allowing large amounts of oxygen to be diffused into the plastic insert.

14.

The plastic tibial insert was unreasonably dangerous in design because, at the time it left the manufacturer's control, an alternative design was capable of preventing the oxidation and the premature degradation which was likely to follow therefrom and which would not have been burdensome to adopt in comparison to the likelihood and gravity of harm.

15.

EXACTECH, INC. had and continues to have a duty to exercise reasonable care in the design, manufacture, marketing, sale, testing, production and/or distribution of their plastic tibial inserts into the stream of commerce. EXACTECH, INC. failed to exercise reasonable care in the design, manufacture, marketing, sale, testing, production and/or distribution of their plastic tibial inserts. EXACTECH, INC. knew or should have known that the plastic tibial inserts were defective prior to selling and/or distributing them and prior to their implantation into any patient, including CHRIS RAINEY.

16.

EXACTECH, INC. knew or should have known that in order to remedy a defect of this nature, another invasive surgery would be required. That surgery, together with all complications and consequences of undergoing surgery, were reasonably foreseeable.

17.

The plastic tibial insert is an unreasonably dangerous product as defined by La. R.S. 9:2800.51 *et seq*. (The Louisiana Products Liability Act) and EXACTECH, INC. is liable for all injuries proximately caused thereby.

18.

Pursuant to La. C.C. Art. 2545, EXACTECH, INC. is deemed to have knowledge of the above defects as the manufacturer of the plastic tibial insert, and is therefore liable for all damages, including reasonable attorney's fees. CHRIS RAINEY has incurred and will incur attorney's fees in connection with the prosecution of this matter.

19.

As a result of the above, CHRIS RAINEY underwent a painful knee revision surgery which required a significant recovery time. During and as a result of that recovery time, he was unable to work and lost a substantial amount of income. For some time after his return to work, CHRIS RAINEY, was unable to operate at full capacity and continued to lose a significant portion of his income until full recovery.

20.

During and as a result of that recovery time, he had severely restricted mobility, was unable to perform his activities of daily living, and thus, required regular care-giving. Petitioner, JERI RAINEY, the legal wife of CHRIS RAINEY, had to provide this care-giving and as a result, was also unable to work and lost a substantial amount of income.

21.

As a result of defendant's defective plastic tibial insert, petitioners suffered from damages as follows:

- Past and future medical and health care expenses;

- Past and future physical pain and suffering;

- Past and future mental anguish;

- Disability and loss of earnings/income for CHRIS RAINEY;

- Loss of earnings/income for JERI RAINEY;

22.

On information and belief, at all relevant times, EXACTECH, INC. was insured by a policy of general liability insurance covering it for the damages at issue in this case. The identity of the insurer is not known at this time and so is identified as "ABC INSURANCE COMPANY."

23.

Considering all of the above, the amount in controversy exceeds $75,000 exclusive of interests and costs.

**WHEREFORE**, Petitioners pray that defendants be served and cited to appear and answer this petition within the delays allowed by law, and that after hearing and all due process, that there be a judgment in favor of Plaintiffs and against Defendants for all reasonable damages, for all reasonable attorney's fees, and for all costs of these proceedings, and for all other just and equitable relief that this Court deems just and proper.

Respectfully submitted,

**PLEASE SERVE:**                    MICHAEL A. RAINEY      (# 32640)
                                     130 Rue Beauregard, Suite A
**EXACTECH, INC.**                   Lafayette, Louisiana 70508
through its registered agent:        michael@raineylaw.net
CORPORATION SERVICE COMPANY          337/504-5558 Phone
450 Laurel Street, 8th Floor         337/456-6798 Fax
Baton Rouge, Louisiana 70801         Attorney for Chris and Jeri Rainey

Lafayette Parish
Filed Jul 31, 2024 9:00 AM
Kireston Batiste
Deputy Clerk of Court

C-20244701
B

| | | |
|---|---|---|
| **CHRIS RAINEY and JERI RAINEY** | * | **15ᵗʰ JUDICIAL DISTRICT COURT** |
| | * | |
| **VERSUS** | * | **DOCKET NO.** C-20244701 |
| | * | |
| **EXACTECH, INC. and** | * | |
| **ABC INSURANCE COMPANY** | * | **LAFAYETTE PARISH, LOUISIANA** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFICATION

STATE OF LOUISIANA

PARISH OF LAFAYETTE

**BEFORE ME,** the undersigned Notary Public, personally came and appeared CHRIS RAINEY and JERI RAINEY, petitioners in the above captioned matter, who, after first being duly sworn, did depose and state that s/he has read the above and foregoing Petition for Damages and all of the allegations contained therein are true and correct to the best of their knowledge, information, and belief.

_____
CHRIS RAINEY

_____
JERI RAINEY

**SWORN TO AND SUBSCRIBED,** before me, in the aforesaid State and Parish, this 30ᵗʰ day of July, 2024.

_____
NOTARY PUBLIC

Lafayette Parish
Filed Jul 31, 2024 9:00 AM
Kireston Batiste
Deputy Clerk of Court
C-20244701
B

CHRIS RAINEY and JERI RAINEY    \*   15th JUDICIAL DISTRICT COURT

VERSUS    \*   DOCKET NO. C-20244701 _____

EXACTECH, INC. and
ABC INSURANCE COMPANY    \*   LAFAYETTE PARISH, LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

To:   Lafayette City Court Clerk
Civil Division
P.O. Box 3344
Lafayette, Louisiana 70502

**PLEASE TAKE NOTICE** that MICHAEL A. RAINEY, counsel for petitioners, CHRIS and JERI RAINEY, does hereby request written notice of the date of trial of the above matter, as well as notice of hearings, (whether on the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of Court, as provided in the Louisiana Code of Civil Procedure of 1960, particularly Articles 1572, 1912 and 1914.

Respectfully submitted,

MICHAEL A. RAINEY   (# 32640)
130 Rue Beauregard, Suite A
Lafayette, Louisiana 70508
michael@raineylaw.net
337/504-5558 Phone
337/456-6798 Fax
Attorney for Chris and Jeri Rainey



LAFPC.CV.68049030

Requested by Atty.: RAINEY, MICHAEL A

# CITATION

| | |
|---|---|
| **CHRIS RAINEY, ET AL** | **15TH JUDICIAL DISTRICT COURT** |
| **VS** | **DOCKET NUMBER: C-20244701 B** |
| **EXACTECH INC** | **PARISH OF LAFAYETTE, LOUISIANA** |

**STATE OF LOUISIANA**

TO:   EXACTECH, INC.
THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA 70801

**SHERIFF RETURN**

of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the 15th Judicial District Court in the Lafayette Parish Courthouse, Lafayette, Louisiana, within twenty-one (21) days after the service hereof, except as provided for by law. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES OF SAID COURT, this AUGUST 1, 2024.

*Monet McCarthy*

Deputy Clerk of Court
Lafayette Parish

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

**\*Attached are the following documents:**
**PETITION FOR DAMAGES; VERIFICATION; REQUEST FOR NOTICE OF TRIAL DATE, ETC.**

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

I made service on the named party through the
CORPORATION SERVICE COMPANY

DATE SERVED: _____, 20_____ TIME: _____

SERVED: _____

PERSONAL ( ) _____

DOMICILIARY ( ) ON _____

UNABLE TO LOCATE   MOVED ( )   NO SUCH ADDRESS ( )

OTHER REASON: _____

RECEIVED TOO LATE FOR SERVICE  ( )

SERVICE OF WITHIN PAPERS

COSTS FEE $_____   MILEAGE $_____   TOTAL $_____

DEPUTY _____

AUG 12 2024
by tendering a copy of this document to
Trula Brousseau

DY. B. GARAFOLA #0577
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Lafayette Parish Clerk of Court
Filed This Day

AUG 20 2024

RECEIVED
DATE
AUG 09 2024
E.B.R. Sheriff's Office